IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00457-RPM

SHERI PETER,

        Plaintiff,

v.

FREMONT REGIONAL HOSPICE;
CHARLENE SEANEY;
THOMAS STERANKA; and
LISA LARSEN,

        Defendants.

_____

## ORDER VACATING SCHEDULING ORDER
_____

Upon reassignment of this civil action and this Court's case management procedures, it is

ORDERED that the Scheduling Order entered on May 20, 2014, by Magistrate Judge Kathleen M. Tafoya [16] is vacated.

DATED: May 20th, 2014

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge