IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00457-RPM

SHERI PETER,

        Plaintiff,

v.

FREMONT REGIONAL HOSPICE;
CHARLENE SEANEY;
THOMAS STERANKA; and
LISA LARSEN,
        Defendants.

_____

ORDER DISMISSING CERTAIN PARTIES AND CLAIMS
_____

Pursuant to the motion for dismissal of certain parties and claims [21] filed June 30, 2014, it is

ORDERED AS FOLLOWS:

A.     The following claims are dismissed with prejudice:

    a.     Second Claim for Relief (Breach of Contract),

    b.     Third Claim for Relief (Promissory Estoppel),

    c.     Fourth Claim for Relief (Breach of Express Covenant of Good Faith and Fair Dealing),

    d.     Fifth Claim for Relief (Breach of Implied Covenant of Good Faith and Fair Dealing),

    e.     Sixth Claim for Relief (Intentional Infliction of Emotional Distress),

    f.     Seventh Claim for Relief (Tortious Interference with Contract),

    g.     Eighth Claim for Relief (Negligent Hiring, Supervision, and Retention),

    h.     Tenth Claim for Relief (Colorado Anti-Discrimination Act.

IT IS FURTHER ORDERED that Defendants Charlene Seaney, Thomas Steranka and Lisa Larsen are dismissed from this case, and

IT IS FURTHER ORDERED that each party shall bear their own attorneys' fees and costs with respect to the dismissed claims and parties.

DATED:   July 2nd, 2014

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge