IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00457-RPM

SHERI PETER,

        Plaintiff,

v.

FREMONT REGIONAL HOSPICE;

        Defendant.

_____

## ORDER OF DISMISSAL
_____

Upon review of Defendant's Unopposed Motion to Dismiss [27] filed today, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

DATED: January 22nd, 2015

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior Judge